[No. 19153–5–I.   Division One.   October 5, 1987.]

HARLEY HUDGENS, *Appellant,* v. THE CITY OF RENTON,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–18859–4, Frank D. Howard, J., entered

February 13, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Cole, J. Pro Tem., concurred in by Durham and McCutcheon, JJ. Pro Tem. Now published at 49 Wn. App. 842.